UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TIMOTHY REAVES, | * |
| | * |
| Petitioner, | * |
| | * |
| v. | * Civil Action No. 1:16-cv-10169-IT |
| | * |
| OSVALDO VIDAL, | * |
| | * |
| Respondent. | * |

ORDER OF DISMISSAL

December 31, 2019

TALWANI, D.J.

Pursuant to the court's Memorandum & Order [#45] issued on December 31, 2019, DENYING Petitioner's Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 [#1], Petitioner's claims are dismissed. The clerk shall close the case.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge